IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **MERCK SHARP & DOHME CORP.**, <br><br> Plaintiff, <br><br> v. <br><br> **ROYALTY PHARMA COLLECTION TRUST**, <br><br> Defendant. | C.A. No. 15-757-GMS <br><br> **JURY TRIAL DEMANDED** |

## RULE 7.1 DISCLOSURE STATMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Royalty Pharma Collection Trust ("RPCT") states that it is 80% owned by RP Select Finance Trust. RP Select Finance Trust is 100% owned by Royalty Pharma Select, which is majority owned by Royalty Pharma Cayman Partners, LP. Royalty Pharma Cayman Partners, LP has no majority owner and no other publicly-traded company owns 10% or more of Royalty Pharma Cayman Partners, LP's stock.

                    */s/ Kelly E. Farnan*
                    Kelly E. Farnan (#4395)
                    Christine D. Haynes (#4697)
                    Richards, Layton & Finger, P.A.
                    One Rodney Square
                    920 N. King Street
                    Wilmington, Delaware 19801
                    302-651-7700
                    Farnan@rlf.com
                    Haynes@rlf.com

Dated: January 20, 2016           *Attorneys for Defendant*
                    *Royalty Pharma Collection Trust*